1  DANIEL J. BRODERICK, Bar #89414
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   AGUSTIN RAMIREZ-CERVANTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-09-0084-MCE |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| | ) |
| AGUSTIN RAMIREZ-CERVANTES, | ) Date: April 30, 2009 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England |
| _____ | ) |

It is hereby stipulated and agreed to between the United States of America though Michael D. Anderson, Assistant U.S. Attorney and defendant, AGUSTIN RAMIREZ-CERVANTES, by and through his counsel, Dennis S. Waks, Supervising Assistant Federal Defender, that the status conference of April 2, 2009 be vacated and a status conference be set for April 30, 2009 at 9:00 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, to conduct ongoing investigation, and to interview our client and other witnesses.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for April 30, 2009,

pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: March 26, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
AGUSTIN RAMIREZ-CERVANTES

Dated: March 26, 2009

LAWRENCE G. BROWN
Acting United States Attorney

/s/ Dennis S. Waks for
_____
MICHAEL D. ANDERSON
Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: March 31, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE