```
 1  DANIEL J. BRODERICK, Bar #89414
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    AGUSTIN RAMIREZ-CERVANTES
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,     )  No. 2:09-cr-00084-MCE
                                  )
13              Plaintiff,        )
                                  )  STIPULATION AND ORDER
14       v.                       )
                                  )
15  AGUSTIN RAMIREZ-CERVANTES,    )  Date:  June 18, 2009
                                  )  Time:  9:00 a.m.
16              Defendant.        )  Judge: Hon. Morrison C. England
                                  )
17  _____)
```

18       It is hereby stipulated and agreed to between the United States of
19  America though Michael Anderson, Assistant U.S. Attorney and defendant,
20  AGUSTIN RAMIREZ-CERVANTES, by and through his counsel, Dennis S. Waks,
21  Supervising Assistant Federal Defender, that the status conference of
22  April 30, 2009 be vacated and a status conference be set for June 18,
23  2009 at 9:00 a.m.
24       This continuance is being requested because defense counsel
25  requires additional time to review discovery, to conduct ongoing
26  investigation, and to interview our client and other witnesses.
27       Speedy trial time is to be excluded from the date of this order
28  through the date of the status conference set for June 18, 2009,

pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: April 28, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
AGUSTIN RAMIREZ-CERVANTES

Dated: April 28, 2009

LAWRENCE G. BROWN
Acting United States Attorney

/s/ Dennis S. Waks for
_____
MICHAEL D. ANDERSON
Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: April 29, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE