```
 1  DANIEL J. BRODERICK, Bar #89414
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    AGUSTIN RAMIREZ-CERVANTES
 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,    )  No. 2:09-cr-00084-MCE
                                 )
13              Plaintiff,       )
                                 )  STIPULATION AND ORDER
14       v.                      )
                                 )
15  AGUSTIN RAMIREZ-CERVANTES,   )  Date:  July 16, 2009
                                 )  Time:  9:00 a.m.
16              Defendant.       )  Judge: Hon. Morrison C. England
                                 )
17  _____)
```

18       It is hereby stipulated and agreed to between the United States of
19  America though Michael Anderson, Assistant U.S. Attorney and defendant,
20  AGUSTIN RAMIREZ-CERVANTES, by and through his counsel, Dennis S. Waks,
21  Supervising Assistant Federal Defender, that the status conference of
22  June 18, 2009 be vacated and a status conference be set for July 16,
23  2009 at 9:00 a.m.
24       This continuance is being requested because defense counsel
25  requires additional time to review discovery, to conduct ongoing
26  investigation, and to interview our client and other witnesses.
27       Speedy trial time is to be excluded from the date of this order
28  through the date of the status conference set for July 16, 2009,

pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  June 15, 2009

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      /s/ Dennis S. Waks
                                      _____
                                      DENNIS S. WAKS
                                      Supervising Assistant Federal Defender
                                      Attorney for Defendant
                                      AGUSTIN RAMIREZ-CERVANTES

Dated:  June 15, 2009

                                      LAWRENCE G. BROWN
                                      Acting United States Attorney

                                      /s/ Dennis S. Waks for
                                      _____
                                      MICHAEL D. ANDERSON
                                      Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.


 Dated: June 16, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2