DANIEL J. BRODERICK, Bar #89414
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
AGUSTIN RAMIREZ-CERVANTES


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:09-cr-00084-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| AGUSTIN RAMIREZ-CERVANTES, | ) | Date:  August 6, 2009 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Hon. Morrison C. England |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America though Michael Anderson, Assistant U.S. Attorney and defendant, AGUSTIN RAMIREZ-CERVANTES, by and through his counsel, Dennis S. Waks, Supervising Assistant Federal Defender, that the status conference of July 16, 2009 be vacated and a status conference be set for Thursday, August 6, 2009 at 9:00 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, to conduct ongoing investigation, and to interview our client and other witnesses.  We are also waiting for the pre-plea advisory guideline presentence investigation report.

1    Speedy trial time is to be excluded from the date of this order

2  through the date of the status conference set for August 6, 2009,

3  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based upon

4  continuity of counsel and defense preparation.

5  Dated:  July 13, 2009
                                    Respectfully submitted,
6
                                    DANIEL J. BRODERICK
7                                   Federal Defender

8
                                    /s/ Dennis S. Waks
9                                   _____
                                    DENNIS S. WAKS
10                                  Supervising Assistant Federal
                                    Defender
11                                  Attorney for Defendant
                                    AGUSTIN RAMIREZ-CERVANTES
12

13 Dated:  July 13, 2009

14                                  LAWRENCE G. BROWN
                                    Acting United States Attorney
15
                                    /s/ Dennis S. Waks for
16                                  _____
                                    MICHAEL D. ANDERSON
17                                  Assistant U.S. Attorney

18

19                          **O R D E R**

20 IT IS SO ORDERED.

21  Dated: July 15, 2009

22

23                                  _____
24                                  MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE
25

26

27

28                                  2